## COWPERTHWAITE v. BRUEN.

Although a party may not have appeared by solicitor, he is entitled to the same length of summons to be before a master as if he had, (namely, not less than two days.)

SUMMONS to appear before a master on the twenty-fifth day of June, served on the twenty-fourth. Motion to attach a party for non-attendance.

Mr. *Blatchford,* for the motion.

1839.

STEVENSON
*v.*
STEVENSON.

THE VICE-CHANCELLOR :—The construction of the one hundredth rule must be the same whether the defendant has or has not appeared by solicitor. In no case can the time of service be less than two days. The summons was, therefore, insufficient to bring the party into contempt.

Motion denied, with costs.